Page 1 of 2

**FILED IN CHAMBERS**
U.S.D.C. Atlanta

**SEP 0 1 2009**

JAMES N. HATTEN, Clerk
By. *Pmw*
**Deputy Clerk**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

-vs-

Case No. 1:09-CR-278-RGV

HARRISON INTERNATIONAL, LLC

Defendant's Attorney:
ROBIN LOEB & DONALD SAMUEL

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant plead guilty to Count 1 of the Information.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 16 U.S.C. §§ 3372(a)(2)(A) & 3373(d)(2) | Transport and Selling Fish | 1 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of **$ 125.00** which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.
Defendant's Date of Birth:
Defendant's Mailing Address: Southport, Florida

Date of Imposition of Sentence:
August 19, 2009

Signed this the ___*1st*___ day of September, 2009.

*Russell C. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

1:09-CR-278-RGV : HARRISON INTERNATIONAL, LLC

# PROBATION

The defendant is hereby placed on probation for a term of 5 (FIVE) YEARS.

The defendant shall pay any financial penalty this is imposed by this judgment.

The defendant shall not commit another federal, state or local crime.

# FINE

The defendant shall pay a fine of **$ 5,000.00 (FIVE THOUSAND DOLLARS)**.

This fine includes any costs of incarceration and supervision.

This fine (plus any interest required) shall be paid in monthly installments of $125.00 per month over a period of 59 months to commence 30 days after the date of this judgment.

As per the terms of the plea agreement, the defendant agrees to pay one half of the total fine amount, into account number 26L7E02, established by the National Oceanic & Atmospheric Act, Office of the General Counsel, pursuant to 18 U.S.C. § 1861(e); and one half of the total fine amount into Fund 122X, Organizational Code 99000, established through the United States Fish and Wildlife Service, Division of Financial Management/Denver Operations, Cost Accounting, P.O. Box 272065, Denver, Colorado 80227.

If the fine is not paid, the court may sentence this defendant to any sentence which might have been originally imposed. See 18 USC 3614.